UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-924(JMR/FLN)

| | | |
|---|---|---|
| Ion Mindreci | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Debra Jacobsen | ) | |

On June 4, 2001, the Honorable Franklin L. Noel, United States Chief Magistrate Judge, issued a Report and Recommendation in the above-entitled action. Neither party filed timely objections to the Report, pursuant to Local Rule 72.1(c)(2).

Accordingly, IT IS ORDERED that:

Petitioner's petition for a writ of habeas corpus [Docket No. 1] is dismissed without prejudice.

Dated: July 31, 2001

JAMES M. ROSENBAUM
United States District Judge

FILED AUG 02 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS